IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KENNETH DARNELL HICKS,<br><br>Plaintiff,<br><br>v.<br><br>CARCO GROUP INC. d/b/a/ DRIVER IQ and DATALINK SERVICES, INC.,<br><br>Defendants. | **Civil Action No.:** 2:23-cv-12752 |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CARCO GROUP, INC. D/B/A DRIVER IQ AND CLOSING CASE

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Carco Group, Inc. d/b/a Driver iQ, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that this entire cause of action is **CLOSED** as there are no remaining defendants.

**SO ORDERED.**

Dated: October 29, 2024

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 28, 2024.

**s/ S. Osorio**
Sandra Osorio
Case Manager